**KATY STACK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
Email: katherine.stack@usdoj.gov

**FILED**

FEB 05 2026

Clerk, U.S. District Court
District of Montana
Great Falls

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CAMERON DUANE HAWORTH, <br><br> Defendant. | CR 26- 06 -BU- WWM <br><br> **INDICTMENT** <br><br> **PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION** <br> Title 18 U.S.C. § 922(g)(1) <br> (Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> **CRIMINAL FORFEITURE** <br> Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That between on or about May 11, 2025, and or about August 13, 2025, in

Dillon, within Beaverhead County, in the State and District of Montana, and

elsewhere, the defendant, CAMERON DUANE HAWORTH, knowing he had

been convicted of a crime punishable by imprisonment for a term exceeding one

1

year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

FORFEITURE ALLEGATION

Upon conviction of the offense set forth above, the defendant, CAMERON DUANE HAWORTH, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson Signature Redacted Original Document Filed Under Seal

For KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney