Jamie Upham-Demers
Michael Haase
Last Best Law Group
upham@lastbestlaw.com
haase@lastbestlaw.com
PO Box 16371
Missoula, MT  59808
(406) 308-2406

*Attorneys for* Cameron Duane Haworth

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON DUANE HAWORTH,<br><br>Defendants. | **Cause No. CR-26-06-BU-WWM**<br><br>**MOTION TO DISMISS COUNT I** |

Cameron Duane Haworth, the above-named Defendant, by and through his counsel of record, Jame Upham-Demers, hereby moves the Court to dismiss Count I, charging a violation of 18 U.S.C. § 922(g)(1), on the basis of Mr. Haworth's Second Amendment right to possess a firearm.

Mr. Haworth recognizes the Ninth Circuit's holding in *United States v. Duarte*, 137 F.4th 743 (9th Cir. 2025) (en banc).  Mr. Haworth files this motion to preserve this issue.

1

AUSA Katherine Stack, on behalf of the government, opposes this motion.

RESPECTFULLY SUBMITTED this 30th day of March, 2026.


Jamie Upham-Demers
Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026 a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| __3__ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. KATHERINE STACK
   Assistant United States Attorney
       Counsel for the United States of America

3. CAMERON DUANE HAWORTH
       Defendant

By: _____
     Jamie Upham-Demers
     Counsel for Defendant