Jamie Upham-Demers
Michael Haase
Last Best Law Group
upham@lastbestlaw.com
haase@lastbestlaw.com
PO Box 16371
Missoula, MT  59808
(406) 308-2406

*Attorneys for* Cameron Duane Haworth

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON DUANE HAWORTH,<br><br>Defendants. | **Cause No. CR-26-06-BU-WWM**<br><br>**BRIEF IN SUPPORT OF MOTION TO DISMISS COUNT I** |

Cameron Duane Haworth, the above-named Defendant, by and through his counsel of record, Jamie Upham-Demers, hereby submits this brief in support of his motion to dismiss Count I, charging a violation of 18 U.S.C. § 922(g)(1), on the basis of Mr. Haworth's Second Amendment right to possess a firearm.

Section 922(g)(1) is unconstitutional, both on its face and as applied to Mr. Haworth.  Under the Second Amendment, and *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022), to displace Mr. Haworth's right to

possess firearms for self-defense, the government must establish a 1791-centered historical tradition of firearm dispossession for felons.

Mr. Haworth recognizes the Ninth Circuit's holding in *United States v. Duarte*, 137 F.4th 743 (9th Cir. 2025) (en banc).  The Court there ruled "[Section] 922(g)(1)'s permanent and categorical disarmament of felons is consistent with this Nation's historical tradition of firearm regulations." *Id*. at 761.  The Ninth Circuit's categorical holding conflicts with holdings in the Third, Fifth, and Sixth Circuits. *See Range v. Att'y Gen.*, 124 F.4th 218 (3d Cir. 2024) (en banc); *United States v. Diaz*, 116 F.4th 458 (5th Cir. 2024), and *United States v. Williams*, 113 F.4th 637 (6th Cir. 2024).  Mr. Haworth files this motion to preserve this issue.

AUSA Katherine Stack, on behalf of the government, opposes this motion.

RESPECTFULLY SUBMITTED this 30th day of March, 2026.

Jamie Upham-Demers
Counsel for Defendant

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Brief in Support of Motion to Dismiss Count I is in compliance with Local Rules.  The brief's line spacing is double spaced, and is proportionately spaced, with a 14 point font size and contains less than 6,500 words. (Total number of words: 228,  excluding tables and certificates).

DATED this 20th day of October, 2025.

Jamie Upham-Demers
Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026 a copy of the foregoing document was

served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| | Hand Delivery |
| | Mail |
| | Overnight Delivery Service |
| | Fax |
| 3 | E-Mail |

1.    CLERK, UNITED STATES DISTRICT COURT

2.    KATHERINE STACK
      Assistant United States Attorney
            Counsel for the United States of America

3.    CAMERON DUANE HAWORTH
            Defendant

By: _Jamie Upham-Demers_
Jamie Upham-Demers
Counsel for Defendant

4