**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON DUANE HAWORTH,<br><br>Defendant. | CR 26-06-BU-WWM<br><br>ORDER DENYING MOTION TO DISMISS COUNT I |

Before the Court is Defendant Cameron Duane Haworth's ("Mr. Haworth") Motion to Dismiss Count I. (Doc. 13). On February 5, 2026, Mr. Haworth was charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and criminal forfeiture pursuant to 18 U.S.C. § 924(d). (Doc. 2). Mr. Haworth moves to dismiss the sole count of the Indictment "on the basis of [his] Second Amendment right to possess a firearm." (Doc. 13 at 1). Mr. Haworth argues that 18 U.S.C. § 922(g)(1) "is unconstitutional, both on its face and as applied." (Doc. 13-1 at 1).

The standard set forth in *New York State Rifle & Pistol Association, Inc. v. Bruen* requires the government to justify a firearm regulation "by demonstrating that it is consistent with the Nation's historical tradition of firearm regulation." 597 U.S. 1, 24 (2022). In *United States v. Duarte*, the Ninth Circuit held that 18

U.S.C. § 922(g)(1)'s "permanent and categorical disarmament of felons is consistent with this Nation's historical tradition of firearm regulation." 137 F.4th 743, 761 (9th Cir. 2025) (en banc), *cert. denied*, 223 L. Ed. 2d 556 (2026). Mr. Haworth recognizes the Ninth Circuit's holding in *Duarte* and "files this motion to preserve this issue." (Doc. 13-2 at 2). He notes that *Duarte* conflicts with holdings in the Third, Fifth, and Sixth Circuits. *See Range v. Att'y Gen. of U.S.*, 124 F.4th 218 (3d Cir. 2024) (en banc); *United States v. Diaz*, 116 F.4th 458 (5th Cir. 2024); *United States v. Williams*, 113 F.4th 637 (6th Cir. 2024). This Court is bound by Ninth Circuit precedent. Accordingly,

**IT IS HEREBY ORDERED** that Mr. Haworth's Motion to Dismiss Count I (Doc. 13) is **DENIED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 14th day of April, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

2